UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Lu Ann Beltman,<br>    Plaintiff,<br><br>-v-<br><br>Sun Life Assurance Company<br>of Canada,<br>    Defendant. | No. 1:17-cv-682<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the Opinion and Order entered on this date and pursuant to Fed. R. Civ. P. 58 **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date: March 29, 2019          /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge